FILED

09/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0351

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0351

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

KYLER AUSTIN CLINKENBEARD,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including October 18, 2024, within which to prepare, file, and serve the State's response brief.

**TT**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 11 2024